HARVEY A. DWIGHT et al., Appellants, *v.* BERTRAM H. FANCHER et al., as Executors of EMILY A. WATSON, Deceased, et al., Respondents.

(Submitted May 2, 1927; decided May 10, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 245 N. Y. 71.)